# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 14-538 JPG/PMF |
| | ) |
| 101 North 81st Street, Belleville, | ) |
| St. Clair County, Illinois, and All | ) |
| Attachments, Improvements and | ) |
| Appurtenances Thereto, Real Property | ) |
| Located at, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff United States of America's motion to dismiss (Doc.4), which the Court construes as a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  The defendant has not served an answer or motion for summary judgment in this case.  Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds this case is **DISMISSED without prejudice** and **DIRECTS** the Clerk of Court to close this case.

DATED: May 29, 2014

                                                *s/ J. Phil Gilbert*
                                                UNITED STATES DISTRICT JUDGE